**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :    No. 5:25-cr-00116 |
| | : |
| SAUL CONTRERAS-ALBALADEJO, | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this 24th day of March, 2026, upon consideration of the Motion to Suppress, *see* ECF No. 19, the Government's Response thereto, *see* ECF No. 21, the evidentiary hearing held on December 16, 2025, and the accompanying transcript, *see* ECF No. 30, the Defendant's Proposed Findings of Fact and Conclusions of Law, *see* ECF No. 32, and the Government's Proposed Findings of Fact and Conclusions of Law, *see* ECF No. 33, and for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Defendant's Motion to Suppress, ECF No. 19, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
032426